UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOHN DEROUNIAN,

                                Plaintiff,                       **ORDER**

      v.                                                             25-CV-5597
                                                                       (Marutollo, M.J.)
THE UNITED STATES OF AMERICA,

                                Defendant.
------------------------------------------------------------------------x
**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

       On October 6, 2025, *pro se* Plaintiff John Derounian filed this action against Defendant, the United States of America (Dkt. No. 1), along with an application to proceed *in forma pauperis* ("IFP") (Dkt. No. 2).

       Plaintiff's request to proceed IFP pursuant to 28 U.S.C. § 1915 is **GRANTED**.

       The Clerk of Court is directed to issue a summons against Defendant. The United States Marshals Service is directed to serve the summons, Complaint, and a copy of this Order upon the Defendant without prepayment of fees.

       The Clerk of Court is further directed to electronically send a courtesy copy of the summons, Complaint, and this Order to the United States Attorney for the Eastern District of New York. The Clerk of the Court shall also mail a copy of this Order to the *pro se* Plaintiff.

Dated:    Brooklyn, New York                **SO ORDERED.**
            October 7, 2025

                                                        */s/ Joseph A. Marutollo*
                                                          JOSEPH A. MARUTOLLO
                                                          United States Magistrate Judge